IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV59-1-MU

| | |
|---|---|
| ROBERT E. KENNEDY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| LAWRENCE SOLOMON, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** comes before the Court upon initial review of the Petitioner's Petition for Writ of Habeas Corpus for a Writ of Habeas Corpus and Petitioner's Application to Proceed In Forma Pauperis, both filed February 5, 2007.

A Petition for a Writ of Habeas Corpus requires a filing fee of $5.00. After reviewing the declaration in support of the application to proceed in forma pauperis, the Court concludes that the Petitioner is unable to pay the filing fee. Accordingly, his motion to proceed in forma pauperis is granted.

Furthermore, after careful review of the motion and case file, the undersigned finds that the Attorney General should file an Answer detailing Petitioner's allegations and responding to each.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. Petitioner's Application to Proceed In Forma Pauperis is **GRANTED**; and

2. no later than forty (40) days from the filing of this Order, the Attorney General shall file an Answer to Petitioner's Petition for Writ of Habeas Corpus, detailing Petitioner's allegations and responding to each.

It is so ordered.

Signed: February 9, 2007

Graham C. Mullen
United States District Judge