# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Robert E. Kennedy,

                Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                            3:07cv59-1-MU

Lawrence Solomon,

                Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 17, 2007 Order.


Signed: April 17, 2007


Frank G. Johns, Clerk
United States District Court